**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE**

|  |  |
|---|---|
| FOOD LION, LLC, | ) |
| Plaintiff, | ) |
|  | ) No. 2:07-cv-188 |
| v. | ) Judge J. Ronnie Greer |
|  | ) Mag. Judge Clifton Corker |
| DEAN FOODS COMPANY, | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST
DEFENDANT DEAN FOODS COMPANY**

Plaintiff Food Lion, LLC and Defendant Dean Foods Company, by and through undersigned counsel, hereby jointly stipulate that all matters and controversies between them in the above-captioned litigation have been resolved in a separate settlement agreement, and that all of Plaintiff Food Lion's claims against Defendant Dean Foods are dismissed with prejudice, with each party to bear its own costs, fees, and expenses.

Dated: March 26, 2017                                      Respectfully submitted,

/s/ *Richard L. Wyatt, Jr.*                                /s/ *Paul H. Friedman*
Richard L. Wyatt, Jr. (admitted *pro hac vice*)            Paul T. Denis
Neil K. Gilman (admitted *pro hac vice*)                   Paul H. Friedman
John S. Martin (admitted *pro hac vice*)                   Dechert LLP
Ryan P. Phair (admitted *pro hac vice*)                    1900 K Street, NW
Hunton & Williams LLP                                      Washington, D.C. 20006
2200 Pennsylvania Ave. NW                                  paul.denis@dechert.com
Washington, DC 20037                                       paul.friedman@dechert.com
rwyatt@hunton.com
ngilman@hunton.com
martinj@hunton.com
rphair@hunton.com

R. Laurence Macon (admitted *pro hac vice*)
The Macon Law Firm
750 Rittiman Road
San Antonio, TX 78209
larry@maconlawfirm.com

*Attorneys for Plaintiff Food Lion, LLC*

Steven E. Bizar
Michael S. Doluisio
Julia Chapman
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
steven.bizar@dechert.com
michael.doluisio@dechert.com
julia.chapman@dechert.com

William C. Bovender
Mark S. Dessauer
Hunter, Smith & Davis LLP
1212 North Eastman Road
Kingsport, TN 37664
bovender@hsdlaw.com
dessauer@hsdlaw.com

*Attorneys for Defendant
Dean Foods Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 26th day of March 2017, a true and correct copy of this **JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT DEAN FOODS COMPANY** was served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Tennessee.

                                        */s/ Max W. Holland III*
                                        Max W. Holland III